# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| JONATHAN L. PATTON, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 5:15-cv-25 |
| | * | |
| v. | * | |
| | * | |
| CORRECTIONS OFFICER ROWELL; CORRECTIONS OFFICER FARNSWORTH; WARDEN TOM GRAMIAK; and UNIT MANAGER NATHAN BROOKS, | * * * * * | |
| | * | |
| Defendants. | * | |

## ORDER

After an independent and *de novo* review of the record, the undersigned concurs with the Magistrate Judge's December 16, 2015, Report and Recommendation, dkt. no. 25, to which objections have been filed. Plaintiff's Objections, dkt. no. 29, are **OVERRULED,** and the Report and Recommendation is **ADOPTED** as the opinion of the Court.

The Court **DISMISSES** Plaintiff's claims and **DENIES** him leave to appeal *in forma pauperis*. The Clerk of the Court is **DIRECTED**

to enter the appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this _25_ day of _July_, 2016.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA